No. 362. OWENS, PETICIONARIO, *v.* CORTE DE DISTRITO DE SAN JUAN, PRIMER DISTRITO, HON. C. E. FOOTE, JUEZ, DEMANDADO.—*Certiorari.* Resuelto en julio 29, 1922. No ha·

biéndose demostrado la verdadera existencia de un error de procedimiento y por los fundamentos del caso de *Acha* v. *Corte de Distrito de Ponce,* de julio 29, de 1922 (pág. 153) se anula el auto expedido.